# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIA SUSAN RUIZ,<br><br>　　　　　　Defendant. | CASE NO.:  12-CR-3239-DMS<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |

**IT IS HEREBY ORDERED** that Maria Susan Ruiz's Motion for Early Termination of her Supervised Release is GRANTED and that Maria Susan Ruiz's term of supervised release is hereby TERMINATED.

　　**SO ORDERED**.

Dated:  November 23, 2020

_____
Hon. Dana M. Sabraw
United States District Judge